UNITED STATES v. GEORGE HALL COAL CO. (Circuit Court of Appeals, Second Circuit. January 26, 1906.) No. 97 (1,580). In Error to the Circuit Court of the United States for the Western District of New York. For decision below, see 134 Fed. 1003, affirming a decision of the Board of United States General Appraisers. Charles H. Brown, U. S. Atty. George E. Van Kennen, for defendant in error. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

UNITED STATES v. HARVEY & OUTERBRIDGE. (Circuit Court of Appeals, Second Circuit. January 30, 1906.) No. 115 (3,522). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 137 Fed. 816, reversing a decision of the Board of United States General Appraisers. Before TOWNSEND and COXE, Circuit Judges.

PER CURIAM. Reversed in open court on consent.

---

UNITED STATES v. JOHNSON & FAULKNER. (Circuit Court of Appeals, Second Circuit. February 1, 1906.) No. 122 (3,466). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 139 Fed. 55, affirming a decision of the Board of United States General Appraisers. G. A. 5,507 (T. D. 24,831). Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Affirmed in open court on consent.

---

UNITED STATES v. REISS & BRADY. (Circuit Court of Appeals, Second Circuit. February 1, 1906.) No. 94 (2,373, 2,549). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 135 Fed. 248, reversing decisions of the Board of United States General Appraisers. Note G. A. 3,392 (T. D. 16,964). D. Frank Lloyd, Asst. U. S. Atty. Edward S. Hatch (J. Stuart Tompkins, of counsel), for importers. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decision of Circuit Court affirmed, on opinion of Judge Hazel.